## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **Bruce L. Eddins, Jr.** | : | Chapter 13 |
| | : | |
| | : | Case No. 16-50838 |
| **Debtor.** | : | |
| | : | Judge John E. Hoffman, Jr. |
| | : | |
| | : | |

### NOTICE OF CHANGE OF ADDRESS

Effective immediately, Debtor's mailing address is Bruce L. Eddins, Jr., 1470 Halfhill Way, Columbus, Ohio 43207.

**AMOURGIS & ASSOCIATES**

/s/ Leann R. Deeter
Leann R. Deeter (0019910)
Attorney for Debtor
4449 Easton Way, Suite 200
Columbus, OH 43219
Phone: 614-934-2000
Fax: 614-987-2086
ldeeter@amourgis.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Notice of Change of Address has been served on the 15th day of August, 2016 electronically to the Office of the U.S. Trustee, 170 N.

High Street #200, Columbus, Ohio 43215, email: **ustpregion09.cb.ecf@usdoj.gov** and Faye D.

English, Chapter 13 Trustee   notices@ch13columbus.com

**AMOURGIS & ASSOCIATES**

/s/ Leann R. Deeter
Leann R. Deeter (0019910)
Attorney for Debtor
4449 Easton Way, Suite 200
Columbus, OH 43219
Phone: 614-934-2000
Fax: 614-987-2086
ldeeter@amourgis.com